# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JASON SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1814

————————————————

March 27, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Jason Smith, pro se.

PER CURIAM.

Affirmed.

KELLY, ATKINSON and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.